John C. Rake, OSB #105808
jrake@lvklaw.com
Larkins Vacura Kayser LLP
121 SW Morrison Street, Suite 700
Portland, Oregon  97204
Telephone: 503-222-4424
Attorney for Plaintiffs Kathryn Gavula and Barbie Wicker

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KATHRYN GAVULA and BARBARA WICKER, individuals and on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　　v.<br><br>CAMPBELL SOUP COMPANY; BEECH-NUT NUTRITION COMPANY; NURTURE, INC., D/B/A HAPPY FAMILY ORGANICS; GERBER PRODUCTS COMPANY; and THE HAIN CELESTIAL GROUP,<br><br>　　　　Defendants. | Case No. 3:21-cv-01275<br><br>PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL |

Plaintiffs Kathryn Gavula and Barbara Wicker, by and through their counsel, hereby voluntarily dismiss the above-captioned matter, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), each party to bear its own fees and costs.

Date: 7/7/2022                                    Respectfully submitted,

                                                  /s/ Ruth Anne French-Hodson

                                                  John C. Rake, OSB #105808
                                                  jrake@lvklaw.com
                                                  Larkins Vacura Kayser LLP
                                                  121 SW Morrison Street, Suite 700
                                                  Portland, Oregon  97204
                                                  Telephone:  503-222-4424

                                                  Ruth Anne French-Hodson, KS #28492
                                                  (*pro hac vice*)
                                                  rafrenchhodson@midwest-law.com
                                                  SHARP LAW, LLP
                                                  4820 W. 75th Street
                                                  Prairie Village, KS  66208
                                                  (913) 901-0505
                                                  (913) 901-0419 fax

                                                  Attorneys for Plaintiffs Kathryn Gavula and Barbie Wicker

1

Plaintiffs' Notice of Voluntary Dismissal

CERTIFICATE OF SERVICE

I certify that on July 7, 2022, I served or caused to be served a true and complete copy of the foregoing Plaintiffs' Notice of Voluntary Dismissal on the parties listed below by electronic means through the Court's Case Management / Electronic Case File System:

CAMPBELL SOUP COMPANY;

BEECH-NUT NUTRITION COMPANY;

NURTURE, INC., D/B/A HAPPY FAMILY ORGANICS;

GERBER PRODUCTS COMPANY; and

THE HAIN CELESTIAL GROUP

<i>/s/ Ruth Anne French-Hodson</i><br>
Attorney